UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN T. PICKERING-GEORGE,

                Plaintiff,

    -against-

JOSLYN CARTER, ET AL,

                Defendants.

22-CV-10567 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 16, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 16, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge